UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-81368-RKA

HOWARD COHAN,

    Plaintiff,

vs.

PRESIDENTE SUPERMARKET NO 45 INC,
a Florida Profit Corporation, d/b/a PRESIDENTE
SUPERMARKET NO 45; J & Y FAMILY
GROCERS, INC., a Florida Profit Corporation
d/b/a PRESIDENTE SUPERMARKET NO 7
PRESIDENTE SUPERMARKET NO. 37, INC.;
a Florida Profit Corporation, d/b/a PRESIDENTE
SUPERMARKET NO. 37

    Defendant(s).
_____/

**NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendants, PRESIDENTE SUPERMARKET NO 45 INC, a Florida Profit Corporation, d/b/a PRESIDENTE SUPERMARKET NO 45; J & Y FAMILY GROCERS, INC., a Florida Profit Corporation, d/b/a PRESIDENTE SUPERMARKET NO 7; and PRESIDENTE SUPERMARKET NO. 37, INC., a Florida Profit Corporation, d/b/a PRESIDENTE SUPERMARKET NO. 37 (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED October 12, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kielan Saborit** |
| Gregory S. Sconzo, Esq. | KIELAN SABORIT, ESQ. |
| Florida Bar No.: 0105553 | Florida Bar No: 1003527 |
| Sconzo Law Office, P.A. | Lydecker Diaz |
| 3825 PGA Boulevard, Suite 207 | 1221 Brickell Avenue, 19th Floor |
| Palm Beach Gardens, FL 33410 | Miami, FL 33131 |
| Telephone: (561) 729-0940 | jksm@lydeckerdiaz.com |

| | |
|---|---|
| Facsimile: (561) 491-9459 | Telephone: (303) 416-3180 |
| Email: greg@sconzolawoffice.com | Email: ksm@lydeckerdiaz.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**