UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:20-cv-81368-RKA

vs.

PRESIDENTE SUPERMARKET NO 45 INC,
a Florida Profit Corporation, d/b/a PRESIDENTE
SUPERMARKET NO 45; J & Y FAMILY
GROCERS, INC., a Florida Profit Corporation
d/b/a PRESIDENTE SUPERMARKET NO 7
PRESIDENTE SUPERMARKET NO. 37, INC.;
a Florida Profit Corporation, d/b/a PRESIDENTE
SUPERMARKET NO. 37

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, PRESIDENTE SUPERMARKET NO 45 INC, a Florida Profit Corporation, d/b/a PRESIDENTE SUPERMARKET NO 45; J & Y FAMILY GROCERS, INC., a Florida Profit Corporation, d/b/a PRESIDENTE SUPERMARKET NO 7; and PRESIDENTE SUPERMARKET NO. 37, INC.; a Florida Profit Corporation, d/b/a PRESIDENTE SUPERMARKET NO. 37, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against Defendants; (3) the Parties shall bear their own costs and fees. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED November 12, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kielan Saborit** |
| Gregory S. Sconzo, Esq. | KIELAN SABORIT, ESQ. |
| Florida Bar No.: 0105553 | Florida Bar No: 1003527 |
| Sconzo Law Office, P.A. | Lydecker Diaz |
| 3825 PGA Boulevard, Suite 207 | 1221 Brickell Avenue, 19th Floor |
| Palm Beach Gardens, FL 33410 | Miami, FL 33131 |
| Telephone: (561) 729-0940 | ksm@lydeckerdiaz.com |
| Facsimile: (561) 491-9459 | Telephone: (303) 416-3180 |
| | Email: ksm@lydeckerdiaz.com |

1

2

Email: greg@sconzolawoffice.com              Attorney for Defendant
Secondary Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Gregory S. Sconzo**
　　　　　　　　　　　　　　　　　　　　　　　　**Gregory S. Sconzo, Esq.**