UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81368-CIV-ALTMAN/Brannon

**HOWARD COHAN**,

    *Plaintiff*,

v.

**PRESIDENTE SUPERMARKET NO 45 INC.**, *et al.*,

    *Defendants*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties filed a Stipulation of Dismissal with Prejudice [ECF No. 22]. Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 16th day of November 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record